478 A.2d 79

Commonwealth v. Simpson, Appellant.

Submitted April 16, 1984. D. Webster Keogh, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before MONTEMURO, CERCONE and HESTER, JJ.

Order affirmed.